UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| OLGA ZUNIGA,<br>    Plaintiff,<br><br>V.<br><br>KEVIN PATRICK YEARY, in his Official<br>and Individual Capacities,<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 1:18-cv-00434-RP |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE ROBERT PITMAN:

Plaintiff Olga Zuniga and defendant Kevin Patrick Yeary hereby jointly stipulate to the dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii).  The parties have agreed to bear their own costs and attorneys' fees.  This dismissal is with prejudice.

SO STIPULATED,  this the 11th day of September, 2020.

    Respectfully submitted,

    CREWS LAW FIRM, P.C.
    701 Brazos, Suite 900
    Austin, Texas  78701
    (512) 346-7077
    (512) 342-0007 (Fax)

    By: /s/ Robert W. Schmidt
    Robert W. Schmidt
    schmidt@crewfirm.com
    State Bar No. 17775429
    Joe K. Crews
    State Bar No. 05072500

    ATTORNEYS FOR PLAINTIFF

1

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

DARREN L. MCCARTY
Deputy Attorney General for Defense Litigation

AMANDA J. COCHRAN-MCCALL
Chief for General Litigation Division


/s/ Emily Ardolino
**EMILY ARDOLINO**
Texas Bar No. 24087112
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 475-4103
FAX: (512) 320-0667
e-mail: **emily.ardolino@oag.texas.gov**

ATTORNEYS FOR DEFENDANT


**CERTIFICATE OF SERVICE**

This is to certify on September 11, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing in accordance with the Federal Rules of Civil Procedure to the following counsel representing the defendants in this action:

Emily Ardolino
Office of the Attorney General
PO Box 12548, Capitol Station
Austin, TX 78711-2548
512-320-0667 fax
**emily.ardolino@oag.texas.gov**


By:     /s/ Robert W. Schmidt
          Robert W. Schmidt