# *United States Court of Appeals*

**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

September 15, 2020

Ms. Jeannette Clack
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 20-50326   Olga Zuniga v. Kevin Yeary
                         USDC No. 1:18-CV-434

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Casey A. Sullivan, Deputy Clerk
                              504-310-7642

cc w/encl:
    Ms. Emily Ardolino
    Mr. Joe Kyle Crews
    Mr. Jason R. LaFond
    Mr. Robert Wayne Schmidt

# United States Court of Appeals for the Fifth Circuit

No. 20-50326

Olga Zuniga,

*Plaintiff—Appellee,*

versus

Justice Kevin Patrick Yeary, in his Official and Individual Capacities,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:18-CV-434

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the appeal is dismissed as of September 15, 2020, pursuant to appellant's motion.

A True Copy
Certified order issued Sep 15, 2020

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

20-50326

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Casey A. Sullivan, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT